**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 22, 2008**

CASE NUMBER:  CV 08-00933 JL
CASE TITLE:   ADOBE SYSTEMS INCORPORATED-v-BEVERLY JOHNSON, ET AL.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/22/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 2/22/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA