1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff,
7  Adobe Systems Incorporated

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10
    Adobe Systems Incorporated,                )   Case No. CV08-00933 MMC
11                                              )
                        Plaintiff,              )   CERTIFICATION OF SERVICE –
12          v.                                  )   NOTICE OF ORDER
                                                )
13  Beverly Johnson and Does 1 – 10, inclusive, )
                                                )
14                      Defendants.             )
                                                )
15                                              )
                                                )
16  _____

17          / / /

18
19          / / /

20
21          / / /

22
            / / /
23
24          / / /

25
            / / /
26
27
            / / /
28

Adobe v. Beverly Johnson: Certification of Service – Notice of    - 1 -
Orders

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 3, 2008, I served a true copy of the documents as referenced in Exhibit "A" and attached hereto, by personally delivering it to the person indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Beverly Johnson
7147 S. Woodlawn, Apt. 1-N
Chicago, IL 60619

Place of Mailing:   Glendale, California

Executed on:   March 3, 2008, at Glendale, California

### Service is made by mail

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2008, at Glendale, California.

_____
Jeremy Cordero

Adobe v. Beverly Johnson: Certification of Service – Notice of Orders     - 2 -



A

<mark>
<mark>
<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff,
7  Adobe Systems Incorporated

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11  Adobe Systems Incorporated,              )   Case No. CV08-00933 MMC
                                             )
12                  Plaintiff,               )   NOTICE OF ORDER
           v.                                )
13                                           )
    Beverly Johnson and Does 1 – 10, inclusive, )
14                                           )
                    Defendants.              )
15                                           )

16

17  TO DEFENDANT BEVERLY JOHNSON:

18       PLEASE TAKE NOTICE THAT the Court entered its Case Management Conference
    Order and Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney in
19  relation to the above-captioned action on February 29, 2008. A copy of the Order is attached.

20
    DATED: March 3, 2008              J. Andrew Coombs, A Professional Corp.
21

22
                                      By: _____
23                                         J. Andrew Coombs
                                           Annie S. Wang
24                                    Attorneys for Plaintiff Adobe Systems Incorporated

25

26

27

28

Adobe v. Johnson: Notice of Order            - 1 -                EXHIBIT A PAGE 1

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | NO. C-08-0933 MMC |
| ) | |
| vs. ) | |
| ) | CASE MANAGEMENT |
| BEVERLY JOHNSON, ) | CONFERENCE ORDER |
| ) | |
| Defendant(s), ) | |
| _____) | |

    IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on __Friday, May 23, 2008__ at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

    Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

    Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

    Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

    Any request to reschedule the above dates shall be made in writing, and, if

EXHIBIT A PAGE 2

possible, by stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date. Good cause must be shown.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

**IT IS SO ORDERED.**

Dated:   February 27, 2007.

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge

EXHIBIT A PAGE 3

## STANDING ORDERS FOR CIVIL CASES
## ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. **Scheduling Days:**

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

*[Signature]*
Maxine M. Chesney
United States District Judge

Dated: April 20, 2005

EXHIBIT A PAGE 4

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On March 3, 2008, I served on the interested parties in this action with the following:

- **NOTICE OF ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Beverly Johnson, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 |  |
|---|---|

Place of Mailing: Glendale, California
Executed on March 3, 2008, at Glendale, California

_____
Jeremy Cordero

EXHIBIT A PAGE 5

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On March 11, 2008, I served on the interested parties in this action with the following:

- **CERTIFICATION OF SERVICE – NOTICE OF ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Beverly Johnson, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 | |

Place of Mailing: Glendale, California
Executed on March 11, 2008, at Glendale, California

_____
Jeremy Cordero