**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

April 15, 2008

RE: <u>CV 08-00933 MMC</u>    <u>ADOBE SYSTEMS INCORPORATED-v- BEVERLY JOHNSON, ET AL.</u>

Default is entered as to defendant Beverly Johnson on 4/15/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by<u>Alfred Amistoso</u>  
Case Systems Administrator

NDC TR-4  Rev. 3/89