J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                Plaintiff,<br>     v.<br><br>Beverly Johnson and Does 1 through 10, inclusive,<br><br>                Defendants. | Case No. C08-0933 MMC<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on May 23, 2008, at 10:30 a.m.;

WHEREAS Defendant was served on or about February 24, 2008;

WHEREAS Plaintiff filed the Proof of Service on or about March 11, 2008;

WHEREAS Defendant's answer was due on or about March 15, 2008;

WHEREAS Plaintiff filed its Request for Entry of Default on or about April 11, 2008;

WHEREAS the Clerk entered default against Defendant on or about April 15, 2008;

WHEREAS Defendant has not filed an answer or otherwise responded to the Complaint;

WHEREAS Defendant's representative contacted Plaintiff's counsel on or about May 8, 2008, seeking to resolve this matter;

WHEREAS Plaintiff is currently preparing its Motion for Default Judgment while awaiting certain disclosures from Defendant in order to alternatively pursue settlement;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until July 18, 2008, or a date thereafter acceptable to the Court.

Dated: May 13, 2008                                      J. Andrew Coombs, A Professional Corp.


By: _____/s/ J. Andrew Coombs_____
      J. Andrew Coombs
      Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 13, 2008, I served on the interested parties in this action with the following:

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Adobe Systems Incorporated v. Beverly Johnson, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 | *Courtesy Copy to:*<br>David Bloom<br>Evans Loewenstein Shimanovsky Moscardini<br>130 S. Jefferson, Ste. 500<br>Chicago, IL 60661 |
|---|---|

Place of Mailing: Glendale, California
Executed on May 13, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-0933 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| Beverly Johnson and Does 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

     On or about February 29, 2008, the Court set a Case Management Conference on May 23, 2008 at 10:30 a.m.

     Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to engage in settlement negotiations and/or file a motion for default judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

Adobe v. Johnson:  Proposed Order                              - 1 -

1  In light of the request, the Case Management Conference currently on calendar for May 23,
2  2008 at 10:30 a.m., is continued until _____, at _____.

3
4  IT IS SO ORDERED:
5
6  Dated: _____          _____
                                           Hon. Maxine M. Chesney
7                                          United States District Judge, Northern District of
                                           California
8
   PRESENTED BY:
9
   J. Andrew Coombs, A Professional Corp.
10
11 By:  ___/s/ J. Andrew Coombs_____
            J. Andrew Coombs
12          Annie S. Wang
   Attorneys for Plaintiff Adobe Systems Incorporated
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adobe v. Johsnon:  Proposed Order                    - 2 -

**PROOF OF SERVICE**

     I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

     On May 13, 2008, I served on the interested parties in this action with the following:

     REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
     [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE
          MANAGEMENT CONFERENCE

for the following civil action:

     <u>Adobe Systems Incorporated v. Beverly Johnson, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 | *Courtesy Copy to:*<br>David Bloom<br>Evans Loewenstein Shimanovsky<br>Moscardini<br>130 S. Jefferson, Ste. 500<br>Chicago, IL 60661 |
|---|---|

Place of Mailing: Glendale, California
Executed on May 13, 2008, at Glendale, California

_____
Katrina Bartolome