J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-0933 MMC |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| Beverly Johnson and Does 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

On or about February 29, 2008, the Court set a Case Management Conference on May 23, 2008 at 10:30 a.m.

Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to engage in settlement negotiations and/or file a motion for default judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

Adobe v. Johnson:  Proposed Order        - 1 -

1  In light of the request, the Case Management Conference currently on calendar for May 23,
2  2008 at 10:30 a.m., is continued until __July 25, 2008_____, at _10:30 a.m.

4  IT IS SO ORDERED:

6  Dated: May 14, 2008                                  _____
                                                       Hon. Maxine M. Chesney
7                                                      United States District Judge, Northern District of
                                                       California

   PRESENTED BY:

9  J. Andrew Coombs, A Professional Corp.

11 By: ___/s/ J. Andrew Coombs_____
            J. Andrew Coombs
12          Annie S. Wang
   Attorneys for Plaintiff Adobe Systems Incorporated