1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Adobe Systems Incorporated,           )  Case No. CV08-00933 MMC
                                         )
12                Plaintiff,             )  REQUEST FOR APPROVAL OF
         v.                              )  SUBSTITUTION OF ATTORNEY
13                                       )
   Beverly Johnson and Does 1 – 10,      )
14 inclusive,                            )
                                         )
15                Defendants.            )
                                         )

16     PLAINTIFF Adobe Systems Incorporated hereby requests the Court approve substitution of

17 Nicole L. Drey of 517 East Wilson Avenue, Suite 202, Glendale, California 91206, as counsel of

18 record in place and stead of Annie S. Wang.

19     I, Annie S. Wang, hereby agree and consent to the above substitution.

20 Dated: __July 7__, 2008              By: __/S/ Annie S. Wang__
21                                           Annie S. Wang

22

23     I, Nicole L. Drey, hereby agree and consent to the above substitution.

24

25 Dated: __July 7__, 2008              By: __Nicole L Drey__
26                                           Nicole L. Drey (SBN 250235)

27

28

Adobe v. Johnson: Req. for Substitution of Attorney            - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the following:

- **NOTICE OF ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Beverly Johnson, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 | *Courtesy Copy to*:<br>David Bloom<br>Evans Loewenstein Shimanovsky Moscardini<br>130 S. Jefferson, Ste. 500<br>Chicago, IL 60661 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) | Case No. CV08-00933 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| v. | ) | |
| Beverly Johnson and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

The Court hereby orders that the request of Plaintiff Adobe Systems Incorporated to substitute retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue, Suite 202, Glendale, California, as attorney of record in place and stead of Annie S. Wang is hereby granted.

Dated: _____

_____
Hon. Maxine M. Chesney
District Judge, United States District Court for
the Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation


By: /S/ Annie S. Wang
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Johnson: Order on Req. for Approval of Sub. of Atty.    - 1 -

**PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

      On July 7, 2008, I served on the interested parties in this action with the following:

- **NOTICE OF ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Beverly Johnson, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Beverly Johnson<br>7147 S. Woodlawn, Apt. 1-N<br>Chicago, IL 60619 | *Courtesy Copy to*:<br>David Bloom<br>Evans Loewenstein Shimanovsky Moscardini<br>130 S. Jefferson, Ste. 500<br>Chicago, IL 60661 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome