```
J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201
```

Attorneys for Plaintiff Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　Plaintiff,<br>v.<br><br>Beverly Johnson and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. CV08-00933 MMC<br><br>[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of Plaintiff Adobe Systems Incorporated to substitute retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue, Suite 202, Glendale, California, as attorney of record in place and stead of Annie S. Wang is here by granted.

Dated: July 8, 2008

_____
Hon. Maxine M. Chesney
District Judge, United States District Court for the Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation

By:  /S/ Annie S. Wang
　　J. Andrew Coombs
　　Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Johnson: Order on Req. for Approval of Sub. of Atty.　　- 1 -