1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8

9                   UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

11 | Adobe Systems Incorporated,           ) | Case No. C08-0933 MMC
12 |                                       ) |
   |                      Plaintiff,       ) | [PROPOSED] ORDER GRANTING
13 |       v.                              ) | CONTINUANCE OF CASE
   |                                       ) | MANAGEMENT CONFERENCE
14 | Beverly Johnson and Does 1 through 10,) |
   | inclusive,                            ) |
15 |                                       ) |
   |                      Defendants.      ) |
16 |                                       ) |

17      On or about May 14, 2008, the Court set a Case Management Conference on July 25, 2008
18 at 10:30 a.m.

       Plaintiff thereafter filed its request to continue the Case Management Conference to allow
19 sufficient time to hear Plaintiff's motion for default judgment.

20 / / /

21

22 / / /

23

24 / / /

25

26 / / /

27

28 / / /

Adobe v. Johnson: Proposed Order                - 1 -

1  In light of the request, the Case Management Conference currently on calendar for July 25, 2008 at 10:30 a.m., is continued until __October 17, 2008___, at _10:30 a.m.

IT IS SO ORDERED:

Dated: July 18, 2008

_____
Hon. Maxine M. Chesney
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff
Adobe Systems Incorporated