IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

        Plaintiff,

  v.

BEVERLY JOHNSON,

        Defendant.
_____/

No. CV-08-0933 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Defendant is liable to plaintiff for damages in the amount of $250,000, plus post-judgment interest thereon.

    2. Defendant, her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of this injunction are hereby restrained and enjoined from infringing plaintiff's Copyrights, identified in Exhibit A, and Trademarks, identified in Exhibit B, either directly or contributorily in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise that features any of plaintiff's Copyrights and Trademarks, and specifically, from:

    a.    Importing, manufacturing, distributing, advertising, selling and/or offering for sale unauthorized counterfeit products or any other unauthorized products that picture,

reproduce, copy or use the likeness of or bear a substantial similiarity to any of plaintiff's Copyrights and Trademarks;

     b.    Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers that picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of plaintiff's Copyrights and Trademarks;

     c.    Engaging in any conduct that tends to falsely represent, or is likely to confuse, mislead, or deceive purchasers, customers and/or members of the public into believing, that the actions of defendant, the products sold by defendant, or defendant herself is connected or affiliated with, or sponsored, approved or licensed by, plaintiff; and/or

     d.    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiff.

Dated: September 29, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk